HERBERT FLETCHER, RESPONDENT, v. INTERSTATE CHEMICAL COMPANY, APPELLANT.

Submitted December 6, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, whose opinion is reported in 94 *N. J. L.* 332.

For the respondent. *Raymond P. Wortendyke.*

For the appellant, *Frank G. Turner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

*For reversal*—None.